JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA 92714
    714-474-2055
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | COURT NO: 91A11113 |
| v. | DEFAULT JUDGMENT |
| RANDY ALEXANDER<br>Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RANDY ALEXANDER the sum of $1,843.00 as principal, $518.18 as accrued prejudgment interest, $227.00 administrative charges, and $58.50 costs, plus $484.00 attorney fees for a total amount of $3,130.68, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: DEC 19 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk